UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GINO ROMANO,

       Plaintiff,

v.                                        Case No. 12-MC-50960
                                           Honorable Denise Page Hood

KIM KARDASHIAN;
NDAMUKONG SUH;
KOURTNEY KARDASHIAN;
KHLOE KARDASHIAN,

       Defendants.
_____/

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date July 31, 2012, this cause of action is **DISMISSED**. Accordingly, judgment is entered in favor of Defendants and against Plaintiff.

Dated at Detroit, Michigan this 31st day of July, 2012.

                                                                     DAVID J. WEAVER
                                                                     CLERK OF THE COURT

                                                                     BY: s/Julie Owens

APPROVED:

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, Tuesday, July 31, 2012, by electronic and/or ordinary mail.

                                                                     s/Julie Owens
                                                                       Case Manager